UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN MARTIN,

Plaintiff,

-against-

THE MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS,

Defendant.

25-CV-8514 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The deadline to respond to Defendant's motion to dismiss (ECF No. 17) is past due. If Plaintiff does not file an opposition to the motion by November 2, 2026, the Court will consider the motion as unopposed and may dismiss the case for failure to prosecute.

Dated: October 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge